918

No. 90–1471. UPJOHN CO. v. NORTH HAVEN PLANNING AND ZONING COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1472. M. SLAVIN & SONS, LTD. v. CIRILLO. C. A. 2d Cir. Certiorari denied.

No. 90–1474. MCGEE ET AL. v. BROWN. Sup. Ct. S. C. Certiorari denied.

No. 90–1475. KUNTZ v. MANLEY, BURKE & FISCHER, L. P. A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–1476. PARRISH ET AL. v. EMPLOYEES' RETIREMENT SYSTEM OF GEORGIA ET AL. Sup. Ct. Ga. Certiorari denied.

No. 90–1477. ALLEN GROUP INC., DBA G&O MANUFACTURING CO. v. MODINE MANUFACTURING CO. C. A. Fed. Cir. Certiorari denied.

No. 90–1479. GROVER v. ROCHELEAU ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 90–1493. INDIAN CHILD WELFARE COORDINATOR OF THE JUVENILE COURT OF THE CHEYENNE RIVER SIOUX TRIBE ET AL. v. CHESTER COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. Sup. Ct. S. C. Certiorari denied.

No. 90–1507. EMPIRE CLUB v. BIJOU IRRIGATION DISTRICT ET AL. Sup. Ct. Colo. Certiorari denied.

No. 90–1512. PENN ET UX. v. PARKE STATE BANK. C. A. 7th Cir. Certiorari denied.

No. 90–1516. IN RE SLAUGHTER. Sup. Ct. Ky. Certiorari denied.

No. 90–1532. AMERSON ET AL. v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 90–1538. ONDRUS v. UNITED STATES. Ct. Mil. App. Certiorari denied.